# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 3:21-CR-303-S |
| | § | |
| BRITTANY DESIREE HENRY (1) | § | |

### ORDER ADOPTING FINDINGS, CONCLUSION AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND DEFENDANT'S WAIVER OF RIGHT TO OBJECT

The Court referred the request for revocation of Defendant's Supervised Release to United States Magistrate Judge Irma Ramirez for consideration. The Court has received the Findings, Conclusion and Recommendation of the United States Magistrate Judge [ECF No. 24]. Defendant having waived allocution before this Court as well as her right to object to the Findings, Conclusion and Recommendation of the United States Magistrate Judge [ECF Nos. 25, 26], the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.

It is, therefore, **ORDERED** that the Magistrate Judge's Findings, Conclusion and Recommendation are **ADOPTED** as the opinion and findings of the Court, and Defendant's Supervised Release is **REVOKED**. It is further **ORDERED** that the Defendant be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of NINE (9) months, and with no additional term of Supervised Release to follow. The Court recommends that the Defendant be allowed to serve her sentence in a Bureau of Prisons facility in Bryan, Texas, or, alternatively, as close to Bryan, Texas as possible.

**SO ORDERED.**

SIGNED January 19, 2023.

KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE